| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 9:23cr00034-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00255-GMN-BNW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| DYLAN NAYA VALENCIA | MONTANA | MISSOULA |

X FILED / ENTERED
AUGUST 25, 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: /s/ RJDG   DEPUTY

| | NAME OF SENTENCING JUDGE |
|---|---|
| | US DISTRICT COURT JUDGE DANA L. CHRISTENSEN |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/26/2024 | TO 06/25/2029 |
|---|---|---|

**OFFENSE**
THEFT FROM A FEDERAL FIRARMS LICENSEE

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
MR. VALENCIA HAS RESIDED IN THE DISTRICT OF NEVADA FOR THE MAJORITY OF HIS LIFE AND HAS NO INTENTION OF RETURNING TO THE DISTRICT OF MONTANA.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF    MONTANA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   DISTRICT OF NEVADA   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/22/2025
_____
Date

*/s/ Dana L. Christensen*
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 27, 2025
_____
Effective Date

*/s/ signature*
_____
United States District Judge

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Dylan Valencia

Case No.: 9:23CR00034

2:25-cr-00255-GMN-BNW

August 22, 2025

TO:   The Honorable District Court Judge

On March 5, 2023, Valencia was sentenced by the Honorable Dana L. Christensen to five (5) years probation for committing three counts of Theft from a Federal Firearms Licensee. On June 26, 2024, supervision was transferred to the District of Nevada.

The purpose of this letter is to inform the District of Nevada that the District of Montana has initiated a transfer of jurisdiction (TOJ) as evidenced by the signed probation form 22. Valenica has significant ties to the community and has no intentions of returning to the District of Montana, thus a transfer of jurisdiction is appropriate in this case. The probation form 22 is attached for the Court's review.

Should you have any questions, please contact the undersigned at Deleyna_Joseph@nvp.uscourts.gov or (702) 236-2134.

Respectfully submitted,

Digitally signed by Deleyna Jensen
Date: 2025.08.25 09:00:47 -07'00'

Deleyna Jensen
United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2025.08.22 13:11:55 -07'00'

Steve M Goldner
Supervisory United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Dylan Valencia